U.S. District Court
District of Massachusetts

Zhang Yang,
  Petitioner,

v.

Andrea Cabral, et al.,
  Respondents;

### Motion to Waive filing fee And proceed in forma Pauperis

Now comes the petitioner, Zhang Yang, Pro se, in the above entitled matter and hereby respectfully move this Honorable Court to waive the filing fee and allow him to proceed in forma pauperis. In Support hereof, the petitioner states as follow:

1. He is currently being detained by the Respondents and has no funds what so ever and is unable to pay the fee (see Attached)

2. He has been in Jail since July 7, 1999 and has not had the chance to receive money from working in Jail because the Jail Jobs does not pay any money.

Wherefore, the petitioner prays that this Honorable Court grant this Motion and allow him to proceed in forma pauperis.

Respectfully Submitted,

Dated: May 15, 2004

Zhang Yang, Pro-se




YANG ZHANG

0303510   00085743-000   204.58

HCC   8.00-2   03   F

```
356355   05/04/04 06:38   13.60
353290   04/20/04 09:18   49.75
349657   04/06/04 07:37   16.97
346099   03/23/04 06:23   15.65
320326   12/09/03 07:23   19.60
318677   12/02/03 07:00   10.10
317138   11/20/03 09:18   13.46
```