UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZHANG YANG,
          Petitioner,

      v.

ANDREA CABRAL, et al.

          Respondents.

CIVIL ACTION

NO.  04-10987-MLW

O R D E R

On May 17, 2004, petitioner Zhang Yang, an immigration detainee currently confined at the Suffolk County House of Correction, filed a petition for a writ of habeas corpus under Section 2241 and submitted an application for waiver of the filing fee. That application will be granted in a separate order.

The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (1) Sheriff Andrea J. Cabral, Suffolk County House of Correction, 20 Bradston Street Boston, MA 02118; (2) the United States Attorney; AND (3) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 AND

The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading AND

The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

 6/18/04                                             s/ Mark L. Wolf
Date                                                  United States District Judge

(2241servINS.wpd - 09/00)                                                               [2241serv.]