*Sent 6-28-04 to file*



**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

6-28-04
Date

TO: Zhong Yang
S.C.H.O.C.
20 Bradston St.
Boston, MA 02118

04-10987 MLW

The Clerk's Office received your letter inquiring about the status of the case you submitted for filing.

The Court's records indicate that your case was received for filing on 5-17-04 and was assigned Civil Action No. 04-10987 M-W.

When a judge is assigned to your case, you will be notified by mail and will receive further instructions on how to proceed.

If you filed an Application to Proceed Without Prepayment of Fees and Affidavit, a judge must perform a preliminary screening of your case pursuant to 28 U.S.C. § 1915 and/or § 1915A, if applicable.

If you are incarcerated, a judge must conduct a preliminary screening of your case pursuant to 28 U.S.C. § 1915A, even if you paid the $150.00 filing fee.

I hope that this letter addresses your concerns.

Deputy Clerk

HABEAS

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10987-MLW
### Internal Use Only

Yang v. Cabral et al
Assigned to: Judge Mark L. Wolf
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 05/17/04
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**
-----------------------

**Zhang Yang**

represented by **Zhang Yang**
A 73-507-661
Suffolk County House of Corrections
8-2
20 Bradston Street
Boston, MA 02118
PRO SE

V.

**Respondent**
-----------------------

**John Ashcroft,** *Attorney General*

**Bruce Chadbourne,** *District Director*
*Bureau of Immigration and Customs*
*Enforcement*

**Andrea Cabral,** *Sheriff of Suffolk*
*County House of Corrections*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/17/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Zhang Yang. (Jenness, Susan) (Entered: 05/18/2004) |
|  |  |  |

| 05/17/2004 | 2 | PETITION for Writ of Habeas Corpus, filed by Zhang Yang.(Jenness, Susan) (Entered: 05/18/2004) |
| --- | --- | --- |
| 05/18/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 05/18/2004) |
| 05/18/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 05/18/2004) |
| 06/18/2004 | 3 | Judge Mark L. Wolf : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis (Lanier, Marjorie) (Entered: 06/21/2004) |
| 06/18/2004 | 4 | Judge Mark L. Wolf : ORDER entered SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (1) Sheriff Andrea J. Cabral, Suffolk County House of Correction, 20 Bradston StreetBoston, MA 02118; (2) the United States Attorney; AND (3) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114; AND The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading; AND The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner. (Lanier, Marjorie) (Entered: 06/21/2004) |
| 06/25/2004 |  | Copies of IFP Order, Service Order and Petition mailed via certified mail to Respondent and AAG Office. Copies of IFP Order and Service Order mailed via us Mail to Petitioner (Jenness, Susan) (Entered: 06/25/2004) |