UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZHANG YANG, ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No. |
| v. ) | 04cv10987-MLW |
| ) | |
| ANDREA CABRAL, et al. ) | |
| ) | |
| Respondents ) | |

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(1) for failure to state a claim upon which relief may be granted.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

             By:   s/Frank Crowley
                    FRANK CROWLEY
                    Special Assistant U.S. Attorney
                    Department of Homeland Security
                    P.O. Box 8728
                    J.F.K. Station
                    Boston, MA 02114
                    (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on July 2, 2004.

                                    s/Frank Crowley
                                    FRANK CROWLEY
                                    Special Assistant U.S. Attorney
                                    Department of Homeland Security
                                    P.O. Box 8728
                                    J.F.K. Station
                                    Boston, MA 02114