UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ZHANG YANG,                    )
                               )
         Petitioner            )
                               )     Civil Action No.
     v.                        )     04cv10987-MLW
                               )
ANDREA CABRAL, et al.          )
                               )
                               )
         Respondents           )
```

RESPONDENT'S NOTICE OF INTENT TO EXECUTE EXCLUSION ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of exclusion and deportation against petitioner **on July 19, 2004**.

```
                         Respectfully submitted,


                         MICHAEL J. SULLIVAN
                         United States Attorney

                   By:   s/Frank Crowley
                         FRANK CROWLEY
                         Special Assistant U.S. Attorney
                         Department of Homeland Security
                         P.O. Box 8728
                         J.F.K. Station
                         Boston, MA 02114
                         (617) 565-2415
```

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on July 2, 2004.

                                        s/Frank Crowley
                                        FRANK CROWLEY
                                        Special Assistant U.S. Attorney
                                        Department of Homeland Security
                                        P.O. Box 8728
                                        J.F.K. Station
                                        Boston, MA 02114