UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZHANG YANG,<br>    Petitioner,<br><br>v.<br><br>ANDREA CABRAL, et al.,<br>    Respondents. | )<br>)<br>)<br>)   C.A. No. 04-10987-MLW<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                              September 1, 2004

    On May 17, 2004, the petitioner filed a motion pursuant to §2241, challenging his detention by the Bureau of Immigration and Customs Enforcement pursuant to Zadvydas v. Davis, 121 S. Ct. 2491 (2001). He argued that his continued detention was unlawful as he would not be removed from the United States within the reasonably foreseeable future.

    On July 2, 2004, the respondent filed a Motion to Dismiss (Docket No. 6) and a supporting Memorandum (Docket No. 7). The respondent stated that the petitioner was scheduled to be deported on July 17, 2004, and therefore that his removal was reasonably foreseeable. The petitioner did not file a response to the Motion to Dismiss, and has now presumably been removed to China.

    Accordingly, it is hereby ORDERED that the respondent's Motion to Dismiss (Docket No. 6) is ALLOWED.

                                                            /s/ Mark L. Wolf
                                              UNITED STATES DISTRICT JUDGE